UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL J. CORBI,

                Plaintiff,                       **ORDER**

      -against-                        23-cv-2341 (AEK)

METRO NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 36.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within ninety (90) days of this Order.  Any application to reopen that is filed after ninety (90) days from the date of this Order may be denied solely on that basis.

Dated: September 30, 2024
       White Plains, New York

                                                  SO ORDERED.

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge